# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

PAUL GRIBBEN,

   Petitioner,

v.                                    CASE NO. 5:18cv105-MCR-HTC

SECRETARY, DEPARTMENT
OF CORRECTIONS,

   Respondent.

_____/

## **O R D E R**

This cause is before the Court on the magistrate judge's Report and Recommendation dated August 22, 2019. ECF No. 21. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The Court has made a *de novo* determination of all timely filed objections. ECF No. 22.

Having considered the Report and Recommendation, and any objections thereto timely filed, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The petition under 28 U.S.C. § 2254 is DENIED.

3. A certificate of appealability is DENIED.

4. The Clerk is directed to close the file for this case.

**DONE AND ORDERED** this 25th day of September 2019.

*s/M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**